**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re:  WILLIAM P. ARNDT                                Case Number: 04-74047
        803 S. PEARL                    SSN-xxx-xx-8782
        MCHENRY, IL  60050

                                                Case filed on:    8/12/2004
                                                Plan Confirmed on: 5/13/2005

D Dismissed

Total funds received and disbursed pursuant to the plan: $22,855.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY RICHARD C KELLY | 500.00 | 500.00 | 500.00 | 0.00 |
|  | Total Legal | 500.00 | 500.00 | 500.00 | 0.00 |
| 999 | WILLIAM P. ARNDT | 0.00 | 0.00 | 1,300.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 1,300.00 | 0.00 |
| 001 | CITIMORTGAGE INC | 17,797.73 | 17,797.73 | 17,797.73 | 0.00 |
| 003 | SHANNON K. BODNER | 15,500.00 | 15,500.00 | 1,841.07 | 0.00 |
|  | Total Secured | 33,297.73 | 33,297.73 | 19,638.80 | 0.00 |
| 002 | AMERICAN GNENERAL FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | NCM TRST | 585.60 | 585.60 | 0.00 | 0.00 |
|  | Total Unsecured | 585.60 | 585.60 | 0.00 | 0.00 |
|  | Grand Total: | 34,383.33 | 34,383.33 | 21,438.80 | 0.00 |

Total Paid Claimant:       $21,438.80
Trustee Allowance:         $1,416.20          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:        0.00           discharging the trustee and the trustee's surety from any and all
                                              liablility on account of the within proceedings, and closing the estate,
                                              and for such other relief as is just.  Pursuant to FRBP, I hereby
                                              certify that the subject case has been fully administered.

        Report Dated:

                                                  /s/ Lydia S. Meyer
                                                Lydia S. Meyer, Trustee


        This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


        Dated at Rockford, IL  on 09/26/2008           By  /s/Heather M. Fagan